UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JULIO CÉSAR ZÚÑIGA MEDINA,
Petitioner,

v.

CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center; PATRICK DIVVER, Field Office Director, San Diego Field Office, U.S. Immigration and Customs Enforcement; ACTING DIRECTOR, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD BLANCHE, Acting Attorney General of the United States, in their official capacities,
Respondents.

Case No.: 3:26-cv-04804-LEK-BJW

**MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**

Petitioner Julio César Zúñiga Medina ("Petitioner") filed a Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition") on August 24, 2026. [Dkt. no. 1.] On September 2, 2026, this Cout issued an order granting the Petition in part ("9/2 Order"). [Dkt. no. 6.] The 9/2 Order directed the respondents, identified in the Petition as Christopher LaRose, Senior Warden, Otay Mesa Detention Center; Patrick Divver, Field Office Director, San Diego Field Office, U.S. Immigration and Customs Enforcement ("ICE"); Acting Director, ICE; Markwayne Mullin, Secretary, U.S. Department of Homeland Security ("DHS"); and Todd Blanche, Acting Attorney General

of the United States, in their official capacities ("Respondents"), to release Petitioner consistent with the terms of the 9/2 Order. [Id. at 6.]

On September 14, 2026, Respondents filed the parties' Joint Status Report. [Dkt. no. 7.] The parties report that Petitioner was released from custody on September 2, 2026. See id. at 1.

In light of the parties' Joint Status Report, there are no remaining issues in this case. The Clerk's Office is DIRECTED to enter judgment in favor of Petitioner pursuant to the 9/2 Order and to close this case immediately.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, September 23, 2026.

/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge

**JULIO CÉSAR ZÚÑIGA MEDINA VS. CHRISTOPHER LAROSE ET AL.; CASE NO. 3:26-CV-04804-LEK-BJW; MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**